**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sabrina Denise Bedford** | Social Security number or ITIN | **xxx−xx−4304** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **Northern District of Illinois**

Case number: **18−18625**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sabrina Denise Bedford

October 2, 2018

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Sabrina Denise Bedford
Debtor

Case No. 18-18625-LAH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 2 Date Rcvd: Oct 02, 2018
Form ID: 318 Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.

db +Sabrina Denise Bedford, 758 S. Keeler Avenue, Chicago, IL 60624-3515
26871065 +Aronson Furniture Co., Bankruptcy Department, 4630 S. Ashland Ave., Chicago,IL 60609-3251
26871061 +Bush Kappel Howard, Wexler & Wexler, 500 W. Madison St., #2910, Chicago,IL 60661-4571
26871066 +Clerk, First Mun Div, 2005-M1-111412, 50 W. Washington St., Rm. 1001, Chicago,IL 60602-1316
26871054 +Clerk, First Mun Div, 2012-M1-123526, 50 W. Washington St., Rm. 1001, Chicago,IL 60602-1316
26871062 +Clerk, First Mun Div, 1994-M1-170765, 50 W. Washington St., Rm. 1001, Chicago,IL 60602-1316
26871064 +Clerk, First Mun Div, 1995-M2-000754, 50 W. Washington St., Rm. 1001, Chicago,IL 60602-1316
26871070 +Clerk, First Mun Div, 2002-M1-106749, 50 W. Washington St., Rm. 1001, Chicago,IL 60602-1316
26871052 +Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta,GA 30374-0241
26871051 +Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen,TX 75013-2002
26871068 +HSBC/J.R.S.I. Inc., Bankruptcy Department, PO Box 5222, Carol Stream,IL 60197-5222
26871053 +J.R.S.-I, Inc./HSBC, Bankruptcy Department, 421 N. Northwest Hwy., #201, Barrington,IL 60010-6022
26871063 +Jay E. Silverman, Edward A. Puisis, 332 Crescent Dr., Glenview,IL 60025-4618
26871067 Kimberly J. Weissman, 522 Skokie Blvd. 400, Northbrook,IL 60062
26871071 +Mid America Bank, Attn: Bankruptcy Dept., 7351 Lemont Rd., Downers Grove,IL 60516-3807
26871074 +Miles Square, Bankruptcy Dept, 1220 S. Wood St., Chicago,IL 60608-1202
26871069 +OSI Funding, Blitt and Gaines, PC, 661 Glenn Ave., Wheeling,IL 60090-6017
26871060 +Peoples Gas, Bankruptcy Department, 200 E. Randolph Dr., Chicago,IL 60601-6302
26871073 +Physicians Immediate Care, Bankruptcy Dept., 335 Army Trail Road, Glendale Heights,IL 60139-1755
26871047 +Santander Co-766, C/O Deville Asset Manageme, 1132 Glade Rd, Colleyville,TX 76034-4227
26871055 +Steven J. Fink & Associates, Bankruptcy Dept., 25 E. Washington St. # 1233, Chicago,IL 60602-1876
26871049 +TBOM/TOTAL CRD, Attn: Bankruptcy Dept., 5109 S Broadband Ln, Sioux Falls,SD 57108-2208
26871050 Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester,PA 19022
26871057 UIC Department of Radiology, Attn: Bankruptcy Department, 135 S. LaSalle, Dept. 3455, Chicago,IL 60674-3455
26871056 +UIC Medical Center, Bankruptcy Department, 1740 W. Taylor St., Chicago,IL 60612-7232
26871059 +UIC Pathology, Bankruptcy Department, 4810 Paysphere Circle, Chicago,IL 60674-0048
26871058 +UIC Physician Group, Bankruptcy Department, 135 S. LaSalle St., Box 3293, Chicago,IL 60674-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QKRGOODMAN.COM Oct 03 2018 05:03:00 Karen R Goodman, ESQ, Taft Stettinius & Hollister LLP, 111 East Wacker Dr, Suite 2800, Chicago, IL 60601-4277
26871044 +EDI: AFNIRECOVERY.COM Oct 03 2018 05:03:00 AT T, C/O Afni, INC., Po Box 3097, Bloomington,IL 61702-3097
26871072 EDI: BANKAMER2.COM Oct 03 2018 04:58:00 Bank of America, Bankruptcy Department, PO Box 15168, Wilmington,DE 19850
26871046 +EDI: DCI.COM Oct 03 2018 05:03:00 Directv, C/O Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville,FL 32256-0596
26871048 +EDI: DRIV.COM Oct 03 2018 05:03:00 Santander Consumer USA, Attn: Bankruptcy Dept., Po Box 961245, Ft Worth,TX 76161-0244
26873037 +EDI: RMSC.COM Oct 03 2018 04:58:00 Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
26871045 +EDI: CONVERGENT.COM Oct 03 2018 05:03:00 T-Mobile USA, C/O Convergent Outsourcing, 800 Sw 39Th St, Renton,WA 98057-4975

TOTAL: 7

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:

David D. Lugardo on behalf of Debtor 1 Sabrina Denise Bedford ndil@geracilaw.com
Karen R Goodman, ESQ kgoodman@taftlaw.com,
il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com;kgoodman@ecf.epiqsystems.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3